UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL A. WILLIAMS,
        Plaintiff,
    v.                                       **Judgment in a Civil Case**
LIEUTENANT MARSHAL E. GRIFFIN,
SERGEANT WILFORD FOX, OFFICER A.
GRAY, OFFICER ROY CLARKE,
SERGEANT AMY ALPERSTEIN and
OFFICER KEITH ANDERSON,
        Defendants.                 Case Number: 5:12-CT-3046-F

**Decision by Court.**

This action came before the Honorable James C. Fox, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice. The Clerk of Court is DIRECTED to close this case.

This Judgment Filed and Entered on May 9, 2012, with service on:
Michael A. Williams 0443630 Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail)

  May 9, 2012                                               /s/ Julie A. Richards
                                                             Clerk